IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONION MEMS A/S,<br>a Danish corporation,<br><br>  Plaintiff<br><br>v.<br><br>KNOWLES ELECTRONICS LLC,<br>a Delaware corporation,<br><br>  Defendant. | )<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

Plaintiff, Sonion MEMS A/S ("Sonion"), f/k/a Sonion Lyngby A/S, by and through its attorneys, for its Complaint against Defendant Knowles Electronics LLC ("Knowles"), alleges as follows:

## NATURE OF THE ACTION

1.    This is a patent infringement action for Knowles' unauthorized and infringing manufacture, use, sale, and/or offer for sale of devices which are covered by U.S. Patent No. 6,859,542 ("the '542 Patent"), entitled "Method of Providing a Hydrophobic Layer and a Condenser Microphone Having Such a Layer."

## THE PARTIES

2.    Sonion is a Danish company, and has its principal place of business at Byleddet 12-14, DK-4000 Roskilde, Denmark.

3.    Knowles is a corporation existing and organized under the laws of Delaware and has its principal place of business at 1151 Maplewood Drive, Itasca, Illinois 60143.

## JURISDICTION AND VENUE

4. This action for patent infringement arises under the Patent Laws of the United States, 35 U.S.C. §§ 1 et seq., and in particular 35 U.S.C. §§ 271, 281, 283, 284 and 285. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. 1338(a).

5. This Court has personal jurisdiction over Knowles and venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400.

## INFRINGEMENT OF U.S. PATENT NO. 6,859,542

6. The '542 Patent was duly and legally issued on February 22, 2005. The '542 Patent was assigned to Sonion Lyngby A/S, which is now known as Sonion MEMS A/S. Sonion MEMS A/S is the owner of the '542 Patent and of all rights to sue and recover for infringement thereof. A copy of the '542 Patent is attached hereto as Exhibit A.

7. The '542 Patent is directed to a miniature microphone having a hydrophobic layer on its internal working components. The miniature microphones according to the '542 Patent can be used in various devices, such as hearing aids and mobile phones.

8. Upon information and belief, Knowles, by and through its division, Knowles Acoustics, manufactures, uses, sells, and/or offers to sell SiSonic miniature microphones in the United States that are covered by one or more claims of the '542 Patent. Knowles also indirectly infringes the '542 Patent by actively inducing others to infringe and/or contributorily infringing the '542 Patent.

9. Upon information and belief, Knowles' SiSonic miniature microphones that infringe the '542 Patent are being used in personal digital assistants (PDAs), digital cameras, MP3 recorders, and mobile phones throughout the United States.

10. Knowles has willfully infringed the '542 Patent, both directly and indirectly, in the United States.

11. Sonion is likely to be irreparably harmed by Knowles' infringement of the '542 Patent. Sonion has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Sonion prays for judgment that:

A. United States Patent No. 6,859,542 has been infringed, directly and/or by indirectly by Knowles;

B. Knowles, its officers, agents, servants and employees, and those persons in active concert and participation with any of them, be permanently enjoined from the direct and indirect infringement of United States Patent No. 6,859,542;

C. Sonion be awarded damages sufficient to compensate it for Knowles' infringement, that such damages be increased to three times the amount found or assessed pursuant to 35 U.S.C. § 284, and that such damages be awarded to Sonion with prejudgment interest;

D. That this case be declared exceptional pursuant to 35 U.S.C. § 284 and that Sonion be awarded its attorney fees, costs and expenses in this action; and

E. Sonion be awarded such other and further relief as the Court may deem just.

## DEMAND FOR JURY TRIAL

Sonion hereby demands a jury trial on all issues.

|  |  |
|---|---|
| Of Counsel:<br><br>Stephen G. Rudisill<br>Edward F. McCormack<br>Daniel J. Burnham<br>Justin D. Swindells<br>JENKENS & GILCHRIST, P.C.<br>225 West Washington Street, Suite 2600<br>Chicago, Illinois 60606<br>(312) 425-3900<br><br>Dated: August 4, 2005<br><br>693316 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Philip Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000<br>E-mail: provner@potteranderson.com<br><br>Attorneys for Plaintiff<br>SONION MEMS A/S |