IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONION MEMS A/S, a Danish corporation, | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. _____ |
| v. | ) ) |
| KNOWLES ELECTRONICS LLC, a Delaware corporation, | ) ) JURY TRIAL DEMANDED ) |
| Defendant. | ) ) |

## PLAINTIFF SONION MEMS A/S'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Sonion MEMS A/S's parent corporation is Sonion A/S. No publicly held corporation owns 10% or more of Sonion MEMS A/S's stock.

POTTER ANDERSON & CORROON LLP

Of Counsel:

Stephen G. Rudisill
Edward F. McCormack
Daniel J. Burnham
Justin D. Swindells
JENKENS & GILCHRIST, P.C.
225 West Washington Street, Suite 2600
Chicago, Illinois 60606
(312) 425-3900

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
E-mail: provner@potteranderson.com

Dated: August 4, 2005

693360

Attorneys for Plaintiff
SONION MEMS A/S