# United States District Court
### District of Delaware

SONION MEMS A/S,
a Danish corporation,

                Plaintiff,

    v.

KNOWLES ELECTRONICS LLC,
A Delaware corporation,

                Defendant.

## SUMMONS IN A CIVIL ACTION
CASE NUMBER: 05-566

TO: (Name and Address of Defendant)

KNOWLES ELECTRONICS LLC
c/o NATIONAL REGISTERED AGENTS, INC., Registered Agent
160 Greentree Drive
Suite 101
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Philip A. Rovner, Esq. (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              AUG - 4 2005
CLERK                                         DATE

BY DEPUTY CLERK

AO 440 (Rev.10/93) Summons in a Civil Action
Case 1:05-cv-00566-GMS   Document 4   Filed 08/05/2005   Page 2 of 2

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE August 4, 2005 |
|---|---|
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

Check one box below to indicate appropriate method of service

- [x] Served personally upon the defendant. Place where served: National Registered Agents Inc, 160 Greentree Drive, Ste 101, Dover DE 19904. Service accepted by Debbie Sealund at 4:00 pm.
- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:
- [ ] Returned unexecuted:
- [ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/4/05
Date

Signature of Server: Edward Jones

Address of Server: 32 Loockerman St, Ste 109, Dover, DE 19904

693331

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.