IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONION MEMS A/S<br>a Danish corporation,<br><br>   Plaintiff<br><br>v.<br><br>KNOWLES ELECTRONICS LLC,<br>a Delaware corporation,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 05-566-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIM**

Plaintiff, Sonion Mems A/S ("Sonion"), f/k/a Sonion Lyngby A/S, replies to the counterclaim of Defendant, Knowles Electronics LLC ("Knowles"), as follows:

  12.  Admitted.

  13.  Admitted.

  14.  Admitted.

  15.  Admitted.

  16.  Admitted.

  17.  Admitted.

  18.  Paragraphs 1-11 do not form a part of Knowles' Counterclaim and therefore require no reply by Sonion. Sonion repeats its replies to paragraphs 12-17 above.

  19.  Denied.

20.     Sonion admits that this is an exceptional case but not for the reasons alleged in paragraph 20 and therefore denies the remaining allegations in paragraph 20. Further replying, Sonion states that this is an exceptional case under 35 U.S.C. §§ 284, 285 by reason of Knowles' willful infringement, both directly and indirectly, of the '542 Patent in the United States.

### DEMAND FOR JURY TRIAL

Sonion hereby demands a jury trial on all issues.

POTTER ANDERSON & CORROON LLP

Of Counsel:

Stephen G. Rudisill
Edward F. McCormack
Daniel J. Burnham
Justin D. Swindells
JENKENS & GILCHRIST, P.C.
225 West Washington Street, Suite 2600
Chicago, Illinois  60606
(312) 425-3900

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, Delaware  19899-0951
(302) 984-6000
Email:  provner@potteranderson.com

Attorneys for Plaintiff/Counter-Defendant
SONION MEMS A/S

Dated: September 12, 2005

698560

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on September 12, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

I hereby certify that on September 12, 2005 I have sent by Federal Express the foregoing document to the following non-registered participant:

Anthony G. Sitko, Esq.
Marshall Gerstein & Borun LP
6300 Sears Tower
Chicago, IL 60606

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com