IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SONION MEMS A/S, a Danish corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 05-566-GMS |
| v. | ) ) | |
| KNOWLES ELECTRONICS LLC, a Delaware corporation, | ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Stephen G. Rudisill, Esq., Edward F. McCormack, Esq., Daniel J. Burnham, Esq., Justin D. Swindells, Esq. and Jeremie D. Moll, Esq., Jenkens & Gilchrist, 225 W. Washington Street, Suite 2600, Chicago, IL 60606-3418 to represent plaintiff Sonion MEMS A/S in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
E-mail: provner@potteranderson.com

Dated: September 19, 2005
698302

Attorneys for Plaintiff
SONION MEMS A/S

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2005

_____
United States District Judge

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Illinois and Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date:

Stephen G. Rudisill
Jenkens & Gilchrist
225 W. Washington Street, Suite 2600
Chicago, IL 60606-3418
(312) 425-3900
E-mail: srudisill@jenkens.com

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: September 9, 2005

Edward F. McCormack
Jenkens & Gilchrist
225 W. Washington Street, Suite 2600
Chicago, IL 60606-3418
(312) 425-3900
E-mail: emccormack@jenkens.com

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Illinois and Missouri, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: September 9, 2005

Daniel J. Burnham
Jenkens & Gilchrist
225 W. Washington Street, Suite 2600
Chicago, IL 60606-3418
(312) 425-3900
E-mail: dburnham@jenkens.com

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

    In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

        ☐ has been paid to the Clerk of the Court; or

        ☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 9/9/05

Justin D. Swindells
Jenkens & Gilchrist
225 W. Washington Street, Suite 2600
Chicago, IL 60606-3418
(312) 425-3900
E-mail: jswindells@jenkens.com

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

    In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

    ☐ has been paid to the Clerk of the Court; or

    ☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: September 9, 2005

Jeremie D. Moll  
Jenkens & Gilchrist  
225 W. Washington Street, Suite 2600  
Chicago, IL 60606-3418  
(312) 425-3900  
E-mail: jmoll@jenkens.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on September 19, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

I hereby certify that on September 19, 2005 I have sent by Federal Express the foregoing document to the following non-registered participant:

Anthony G. Sitko, Esq.
Marshall Gerstein & Borun LP
6300 Sears Tower
Chicago, IL 60606

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com