

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
provner@potteranderson.com
302 984-6140 Direct Phone
302 658-1192 Fax

November 2, 2005

**BY E-FILE**

The Honorable Gregory M. Sleet
United States District Judge
United States District Court
 for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

  Re: Sonion MEMS A/S v. Knowles Electronics LLC,
     D. Del., C.A. No. 05-566-GMS

Dear Judge Sleet:

  In anticipation of the scheduling conference in the above-referenced matter, scheduled to be held on Wednesday, November 9, 2005 at 2:00 p.m., I am enclosing the parties' Joint Status Report.

  Counsel are available at the Court's convenience should Your Honor have any questions.

               Respectfully,

               Philip A. Rovner
               provner@potteranderson.com

PAR/mes/705965
Encl.
cc: Clerk of the Court – by e-file
   Steven J. Balick, Esq. – by e-file and hand delivery