IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONION MEMS A/S<br>a Danish corporation,<br><br>      Plaintiff<br><br>v.<br><br>KNOWLES ELECTRONICS LLC,<br>a Delaware corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 05-566-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on November 1, 2005, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

    PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT KNOWLES
    ELECTRONICS LLC (NOS. 1-9)

    PLAINTIFF'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS
    AND TANGIBLE THINGS (NOS. 1-66)

| **BY HAND DELIVERY** | **BY FACSIMILE** |
|---|---|
| Anthony G. Sitko, Esq.<br>Jeffrey H. Dean, Esq.<br>Andrew D. Raymond, Esq.<br>Marshall Gerstein & Borun LLP<br>6300 Sears Tower<br>Chicago, IL  60606 | Steven J. Balick, Esq.<br>John G. Day, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE  19899 |

                                             POTTER ANDERSON & CORROON LLP

Of Counsel:

| Stephen G. Rudisill | By:  /s/ Philip A. Rovner |
| Edward F. McCormack | Philip A. Rovner (#3215) |
| Daniel J. Burnham | Hercules Plaza |
| Justin D. Swindells | P.O. Box 951 |
| JENKENS & GILCHRIST, P.C. | Wilmington, Delaware  19899-0951 |
| 225 West Washington Street, Suite 2600 | (302) 984-6000 |
| Chicago, Illinois  60606 | Email:  provner@potteranderson.com |
| (312) 425-3900 | |

Attorneys for Plaintiff/Counter-Defendant
SONION MEMS A/S

Dated: November 9, 2005

706887

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on November 9, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

I hereby certify that on November 9, 2005 I have sent by First Class Mail the foregoing document to the following non-registered participant:

Anthony G. Sitko, Esq.
Marshall Gerstein & Borun LP
6300 Sears Tower
Chicago, IL 60606

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com