

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
provner@potteranderson.com
302 984-6140  Direct Phone
302 658-1192  Fax

November 16, 2005

**BY E-FILE**

The Honorable Gregory M. Sleet
United States District Judge
United States District Court
   for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE  19801

      Re:    Sonion MEMS A/S v. Knowles Electronics LLC,
             D. Del., C.A. No. 05-566-GMS

Dear Judge Sleet:

On behalf of the parties, I am enclosing a proposed Scheduling Order for Your Honor's review and approval.  The proposed order incorporates the directives that Your Honor provided during the scheduling conference held on November 9, 2005.  The only items that remain open may be found in Paragraph 4, regarding the hours for the June 22, 2006 *Markman* hearing.  If the Court's calendar permits, the parties propose a total of 6 hours, each side having three hours.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully,

Philip A. Rovner
provner@potteranderson.com

PAR/mes/707855
Encl.
cc:  Clerk of the Court – by e-file
     Steven J. Balick, Esq. – by e-file and hand delivery