IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONION MEMS A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-566-GMS |
| v. | ) |
| | ) |
| KNOWLES ELECTRONICS LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of November, 2005, **RULE 26(a)(1) DISCLOSURE OF DEFENDANT KNOWLES ELECTRONICS LLC** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| | |
| Stephen G. Rudisill, Esquire<br>Jenkens & Gilchrist, P.C.<br>225 West Washington Street<br>Suite 2600<br>Chicago, IL 60606 | VIA FEDERAL EXPRESS |

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888 (tel.)
(302) 654-2067 (fax.)
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

Counsel for Defendant
KNOWLES ELECTRONICS, INC.

*Of Counsel:*

Anthony G. Sitko
Jeffrey H. Dean
Andrew D. Raymond
MARSHALL GERSTEIN & BORUN LLP
6300 Sears Tower
Chicago, Illinois 60606
(312) 474-6300
(312) 474-0448

Dated: November 21, 2005

163399.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of November, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE  19801 | <u>HAND DELIVERY</u> |
| Stephen G. Rudisill, Esquire<br>Jenkens & Gilchrist, P.C.<br>225 West Washington Street<br>Suite 2600<br>Chicago, IL  60606 | <u>VIA FEDERAL EXPRESS</u> |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon