IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONION MEMS A/S<br>a Danish corporation,<br><br>      Plaintiff<br><br>v.<br><br>KNOWLES ELECTRONICS LLC,<br>a Delaware corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 05-566-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on November 21, 2005, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

**INITIAL DISCLOSURES OF PLAINTIFF SONION MEMS A/S
PURSUANT TO FED. R. CIV. P. 26(a)(1)**

| BY FACSIMILE AND FIRST CLASS MAIL | BY FACSIMILE AND FIRST CLASS MAIL |
|---|---|
| Anthony G. Sitko, Esq.<br>Jeffrey H. Dean, Esq.<br>Andrew D. Raymond, Esq.<br>Marshall Gerstein & Borun LLP<br>6300 Sears Tower<br>Chicago, IL 60606 | Steven J. Balick, Esq.<br>John G. Day, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 |

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| Of Counsel: |  |
| Stephen G. Rudisill<br>Edward F. McCormack<br>Daniel J. Burnham<br>Justin D. Swindells<br>JENKENS & GILCHRIST, P.C.<br>225 West Washington Street, Suite 2600<br>Chicago, Illinois  60606<br>(312) 425-3900 | By:   /s/ Philip A. Rovner_____<br>      Philip A. Rovner (#3215)<br>      Hercules Plaza<br>      P.O. Box 951<br>      Wilmington, Delaware  19899-0951<br>      (302) 984-6000<br>      Email:  provner@potteranderson.com<br><br>Attorneys for Plaintiff/Counter-Defendant<br>SONION MEMS A/S |

Dated: November 22, 2005

708514

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on November 22, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

I hereby certify that on November 22, 2005 I have sent by First Class Mail the foregoing document to the following non-registered participant:

Anthony G. Sitko, Esq.
Marshall Gerstein & Borun LP
6300 Sears Tower
Chicago, IL 60606

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com