IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONION MEMS A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-566-GMS |
| v. | ) |
| | ) |
| KNOWLES ELECTRONICS LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 1st day of December, 2005, **RESPONSE OF DEFENDANT KNOWLES ELECTRONICS LLC TO THE FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-66) OF PLAINTIFF** was served upon the following counsel of record at the address and in the manner indicated:

Philip A. Rovner, Esquire                                         HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE  19801


Stephen G. Rudisill, Esquire                                   VIA FEDERAL EXPRESS
Jenkens & Gilchrist, P.C.
225 West Washington Street
Suite 2600
Chicago, IL  60606

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888 (tel.)
(302) 654-2067 (fax.)
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

Counsel for Defendant
KNOWLES ELECTRONICS, LLC

*Of Counsel:*

Anthony G. Sitko
Jeffrey H. Dean
Andrew D. Raymond
MARSHALL GERSTEIN & BORUN LLP
6300 Sears Tower
Chicago, Illinois 60606
(312) 474-6300
(312) 474-0448

Dated:  December 1, 2005

163399.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Philip A. Rovner, Esquire                                    HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE  19801


Stephen G. Rudisill, Esquire                                VIA FEDERAL EXPRESS
Jenkens & Gilchrist, P.C.
225 West Washington Street
Suite 2600
Chicago, IL  60606


*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon