IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONION MEMS A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-566-GMS |
| v. | ) |
| | ) |
| KNOWLES ELECTRONICS LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 1st day of December, 2005, **RESPONSES OF DEFENDANT KNOWLES ELECTRONICS LLC TO THE FIRST SET OF INTERROGATORIES (NOS. 1-9) OF PLAINTIFF** was served upon the following counsel of record at the address and in the manner indicated:


Philip A. Rovner, Esquire                                     HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE  19801


Stephen G. Rudisill, Esquire                                  VIA FEDERAL EXPRESS
Jenkens & Gilchrist, P.C.
225 West Washington Street
Suite 2600
Chicago, IL  60606

        ASHBY & GEDDES

        /s/ *Tiffany Geyer Lydon*

        _____
        Steven J. Balick (I.D. #2114)
        John G. Day (I.D. #2403)
        Tiffany Geyer Lydon (I.D. #3950)
        222 Delaware Avenue, 17th Floor
        P.O. Box 1150
        Wilmington, Delaware 19899
        (302) 654-1888 (tel.)
        (302) 654-2067 (fax.)
        sbalick@ashby-geddes.com
        jday@ashby-geddes.com
        tlydon@ashby-geddes.com

        Counsel for Defendant
        KNOWLES ELECTRONICS, LLC

*Of Counsel:*

Anthony G. Sitko
Jeffrey H. Dean
Andrew D. Raymond
MARSHALL GERSTEIN & BORUN LLP
6300 Sears Tower
Chicago, Illinois 60606
(312) 474-6300
(312) 474-0448

Dated: December 1, 2005

163399.1

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of December, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| Stephen G. Rudisill, Esquire<br>Jenkens & Gilchrist, P.C.<br>225 West Washington Street<br>Suite 2600<br>Chicago, IL  60606 | **VIA FEDERAL EXPRESS** |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon