

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
provner@potteranderson.com
302 984-6140  Direct Phone
302 658-1192  Fax

December 6, 2005

**BY E-FILE**

The Honorable Gregory M. Sleet
United States District Judge
United States District Court
  for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE  19801

   Re:   Sonion MEMS A/S v. Knowles Electronics LLC,
         D. Del., C.A. No. 05-566-GMS

Dear Judge Sleet:

   In accordance with Section 6 of the Scheduling Order (D.I. 14), the parties jointly submit the enclosed Agreed Protective Order for Your Honor's review and approval.

   Counsel are available at the Court's convenience should Your Honor have any questions.

                    Respectfully,

                    Philip A. Rovner
                    provner@potteranderson.com

PAR/mes/709976
Encl.
cc:  Clerk of the Court – by e-file
     Steven J. Balick, Esq. – by e-file and hand delivery