# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONION MEMS A/S, a Danish corporation, </br></br> Plaintiff </br></br> v. </br></br> KNOWLES ELECTRONICS LLC, a Delaware corporation, </br></br> Defendant. | C.A. No. 05-566-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on December 12, 2005, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

SONION'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS

SONION'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES

### BY FACSIMILE AND FEDERAL EXPRESS

Anthony G. Sitko, Esq.
Jeffrey H. Dean, Esq.
Andrew D. Raymond, Esq.
Marshall Gerstein & Borun LLP
6300 Sears Tower
Chicago, IL 60606

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

                                  POTTER ANDERSON & CORROON LLP

Of Counsel:

Stephen G. Rudisill                          By:   /s/ Philip A. Rovner
Edward F. McCormack                         Philip A. Rovner (#3215)
Daniel J. Burnham                             Hercules Plaza
Justin D. Swindells                            P.O. Box 951
JENKENS & GILCHRIST, P.C.           Wilmington, Delaware  19899-0951
225 West Washington Street, Suite 2600   (302) 984-6000
Chicago, Illinois  60606                   Email:  provner@potteranderson.com
(312) 425-3900

                                            Attorneys for Plaintiff/Counter-Defendant
                                            SONION MEMS A/S

Dated: December 13, 2005


711172

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

<u>CERTIFICATE OF SERVICE</u>

I, Philip A. Rovner, hereby certify that on December 13, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

<u>BY HAND DELIVERY</u>

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

I hereby certify that on December 13, 2005 I have sent by First Class Mail the foregoing document to the following non-registered participant:

Anthony G. Sitko, Esq.
Jeffrey H. Dean, Esq.
Marshall Gerstein & Borun LP
6300 Sears Tower
Chicago, IL 60606

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com