## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONION MEMS A/S, a Danish corporation, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 05-566-GMS <br> : |
| KNOWLES ELECTRONICS LLC, a Delaware corporation, | : <br> : <br> : |
| Defendant. | : |

### **ORDER**

At Wilmington this **14th** day of **March, 2006,**

IT IS ORDERED that the mediation conference scheduled for Thursday, August 17, 2006 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                   /s/ Mary Pat Thynge  
                                                   UNITED STATES MAGISTRATE JUDGE