IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONION MEMS A/S<br>a Danish corporation,<br><br>        Plaintiff<br><br>v.<br><br>KNOWLES ELECTRONICS LLC,<br>a Delaware corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 05-566-GMS<br>)<br>)   **PUBLIC VERSION**<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiff Sonion MEMS A/S ("Sonion") and Defendant Knowles Electronics, LLC ("Knowles"), through their respective undersigned counsel, as follows:

1. Sonion and Knowles have agreed to settle their dispute on mutually acceptable terms, set forth in the accompanying Confidential Settlement Agreement and License. Pursuant to the Confidential Settlement Agreement and License, Sonion and Knowles stipulate to the validity and enforceability of the patent-in-suit, U.S. Patent No. 6,859,542.

2. This action and all claims and counterclaims presented herein are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each party to pay its own costs, expenses and attorney fees.

3. The Confidential Settlement Agreement and License is incorporated expressly herein by reference and is being submitted to the Court under seal. In the Confidential Settlement Agreement and License, the parties have consented to this Court having exclusive jurisdiction over the parties for the purpose of enforcing the parties' Confidential Settlement

Agreement and License under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

Dated: March 14, 2006

Of Counsel:

Stephen G. Rudisill
Edward F. McCormack
Daniel J. Burnham
Justin D. Swindells
Jeremie D. Moll
JENKENS & GILCHRIST
225 West Washington Street, Suite 2600
Chicago, Illinois 60606
(312) 425-3900

POTTER ANDERSON & CORROON LLP

By  /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    Email: provner@potteranderson.com

**Attorneys for Plaintiff**
**SONION MEMS A/S**

Of Counsel:

Anthony G. Sitko
Jeffrey H. Dean
Andrew D. Raymond
MARSHALL GERSTEIN & BORUN LLP
6300 Sears Tower
Chicago, Illinois 60606
(312) 474-6300
(312) 474-0448

ASHBY & GEDDES

By  /s/ Steven J. Balick
    Steven J. Balick (I.D. #2114)
    John G. Day (#2403)
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, Delaware 19899
    (302) 654-1888
    (302) 654-2067
    Email: sbalick@ashby-geddes.com
           jday@ashby-geddes.com

**Attorneys for Defendant**
**KNOWLES ELECTRONICS, INC.**

SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge

THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY