CLOSED, PATENT, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00566-GMS
## Internal Use Only

| | |
|---|---|
| Sonion Mems A/S v. Knowles Electronics LLC | Date Filed: 08/04/2005 |
| Assigned to: Honorable Gregory M. Sleet | Date Terminated: 03/31/2006 |
| Cause: 35:271 Patent Infringement | Jury Demand: Both |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Sonion Mems A/S**  represented by  **Philip A. Rovner**
*a Danish corporation*  
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: provner@potteranderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin D. Swindells**
Pro Hac Vice
Email: jswindells@jenkens.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Knowles Electronics LLC**  represented by  **Steven J. Balick**
*a Delaware corporation*  
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: sbalick@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John G. Day**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: jday@ashby-geddes.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Knowles Electronics LLC**  represented by  **Steven J. Balick**
*a Delaware corporation*  
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  | **John G. Day** |
|---|---|
|  | (See above for address) |
|  | *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| **Sonion Mems A/S** | represented by | **Philip A. Rovner** |
|---|---|---|
| *a Danish corporation* |  | (See above for address) |
|  |  | *LEAD ATTORNEY* |
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  | **Justin D. Swindells** |
|  |  | (See above for address) |
|  |  | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2005 | 1 | COMPLAINT filed with Jury Demand against Knowles Electronics LLC - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 140201.) - filed by Sonion Mems A/S. (Attachments: # 1 Exhibit A# 2 Civil Cover Sheet # 3 Acknowledgement of Consent Form)(mwm, ) (Entered: 08/05/2005) |
| 08/04/2005 | 2 | Disclosure Statement pursuant to Rule 7.1 filed by Sonion Mems A/S. (mwm, ) (Entered: 08/05/2005) |
| 08/04/2005 |  | Summons Issued as to Knowles Electronics LLC on 8/4/2005. (mwm, ) (Entered: 08/05/2005) |
| 08/05/2005 | 3 | Report to the Commissioner of Patents for Patent Number(s) 6,859,542. (mwm, ) (Entered: 08/05/2005) |
| 08/05/2005 | 4 | Return of Service Executed by Sonion Mems A/S. Knowles Electronics LLC served on 8/4/2005, answer due 8/24/2005. (Rovner, Philip) (Entered: 08/05/2005) |
| 08/10/2005 |  | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, ) (Entered: 08/10/2005) |
| 08/24/2005 | 5 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Sonion Mems A/S by Knowles Electronics LLC.(Balick, Steven) (Entered: 08/24/2005) |
| 09/12/2005 | 6 | ANSWER to Counterclaim *(Plaintiff's Reply to Defendant's Counterclaim)* by Sonion Mems A/S, Sonion Mems A/S.(Rovner, Philip) (Entered: 09/12/2005) |
| 09/19/2005 | 7 | MOTION for Pro Hac Vice Appearance of Attorney Stephen G. Rudisill, Esq., Edward F. McCormack, Esq., Daniel J. Burnham, Esq., Justin D. Swindells, Esq., Jeremie D. Moll, Esq. - filed by Sonion Mems A/S. (Rovner, Philip) (Entered: 09/19/2005) |
| 09/19/2005 |  | SO ORDERED, re 7 MOTION for Pro Hac Vice Appearance of Attorney Stephen G. Rudisill, Esq., Edward F. McCormack, Esq., Daniel J. Burnham, Esq., Justin D. Swindells, Esq., Jeremie D. Moll, Esq. filed by Sonion Mems A/S . Signed by Judge Gregory M. Sleet on 9/19/05. (asw ) (Entered: 09/19/2005) |
| 10/26/2005 | 8 | NOTICE of SCHEDULING CONFERERNCE: A Scheduling Conference (see attachment) has been set for Wednesday, 11/9/05, at 2:00 PM in Chambers before Honorable Gregory M. Sleet. Counsel with primary responsiblity for this case shall appear and be prepared to address any pending motions. (ctd) (Entered: 10/26/2005) |
| 11/02/2005 | 9 | Joint STATUS REPORT by Sonion Mems A/S, Sonion Mems A/S. (Rovner, Philip) (Entered: 11/02/2005) |

| | | |
|---|---|---|
| 11/28/2005 | | (Court only) ***Pro Hac Vice Attorney Justin D. Swindells for Sonion Mems A/S added for electronic noticing. (rbe, ) (Entered: 11/28/2005) |
| 12/01/2005 | 19 | NOTICE OF SERVICE of Response to the First Set of Requests For Production of Documents and Tangible Things (Nos. 1-66) by Knowles Electronics LLC.(Lydon, Tiffany) (Entered: 12/01/2005) |
| 12/01/2005 | 20 | NOTICE OF SERVICE of Responses to the First Set of Interrogatories (Nos. 1-9) by Knowles Electronics LLC.(Lydon, Tiffany) (Entered: 12/01/2005) |
| 12/06/2005 | 21 | Letter to The Honorable Gregory M. Sleet from Philip A. Rovner, Esq. regarding enclosing Agreed Protective Order for review and approval - re SO ORDERED,,,, Set Scheduling Order Deadlines,,,. (Rovner, Philip) (Entered: 12/06/2005) |
| 12/06/2005 | 22 | MOTION for Protective Order *(Agreed Protective Order)* - filed by Sonion Mems A/S, Sonion Mems A/S. (Rovner, Philip) (Entered: 12/06/2005) |
| 12/07/2005 | | SO ORDERED, re 22 MOTION for Protective Order *(Agreed Protective Order)* filed by Sonion Mems A/S . Signed by Judge Gregory M. Sleet on 12/7/05. (asw ) (Entered: 12/07/2005) |
| 12/13/2005 | 23 | NOTICE OF SERVICE of SONION'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS; SONION'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES re SO ORDERED,,,, Set Scheduling Order Deadlines,,, by Sonion Mems A/S, Sonion Mems A/S. Related document: SO ORDERED,,,, Set Scheduling Order Deadlines,,,. (Rovner, Philip) (Entered: 12/13/2005) |
| 12/19/2005 | 24 | ORDER Setting Mediation Conference; Mediation Conference set for 8/17/2006 10:00 AM in Courtroom 6C before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 12/19/05. (kjk, ) (Entered: 12/21/2005) |
| 02/24/2006 | | (Court only) ***Set Paper Documents Flag (rbe, ) (Entered: 02/24/2006) |
| 03/14/2006 | 25 | STIPULATION of Dismissal *STIPULATED ORDER OF DISMISSAL (FILED UNDER SEAL)* by Sonion Mems A/S, Sonion Mems A/S. (Rovner, Philip) (Entered: 03/14/2006) |
| 03/14/2006 | 26 | ORDER Mediation scheduled for August 17, 2006 at 10:00 AM is canceled. Signed by Judge Mary Pat Thynge on 3/14/2006. (cab, ) (Entered: 03/14/2006) |
| 03/31/2006 | 27 | SO ORDERED [SEALED], re 25 Stipulation of Dismissal filed by Sonion Mems A/S . Signed by Judge Gregory M. Sleet on 3/31/06. (asw ) (Entered: 03/31/2006) |
| 03/31/2006 | | CASE CLOSED (asw ) (Entered: 03/31/2006) |
| 04/04/2006 | | Exit a copy of D.I. 27 to counsel, Philip Rovner and Steven Balick (by mail). (asw ) (Entered: 04/07/2006) |
| 04/07/2006 | 28 | REDACTED VERSION of 27 SO ORDERED, 25 Stipulation of Dismissal *PUBLIC VERSION OF STIPULATED ORDER OF DISMISSAL WITH PREJUDICE* by Sonion Mems A/S, Sonion Mems A/S. (Rovner, Philip) (Entered: 04/07/2006) |