OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
   CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 6, 2007

**Philip A. Rovner**, ESQ.
Potter Anderson & Corroon, LLP
Email: provner@potteranderson.com

    RE: Sonion Mems A/S v. Knowles Electronics LLC
        Civ. No. 05-cv-00566-GMS

Dear Counsel:

    Pursuant to the Order entered on 8/17/2007 by the Honorable Chief Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS: 25.

    A copy of the signed acknowledgment has been attached for your records.

                       Sincerely,

                       Peter T. Dalleo, Clerk

                       By: _E Strickler_

    I hereby acknowledge receipt of the above mentioned documents on   9-6-07  .

                     _[signature]_
                     Signature